Thank you. I want to start by getting a story from the officers of whether it was a man sitting on a child in a cell phone, a woman on a child in a cell phone, or a woman in a car crash, and this is to me. So, when you read about officers, they came very different. There was no one who was in the uniform at the time, but there were at least one person who was wearing a uniform, drunk, and being caught in a car crash. Pardon me? A car crash? Yes, a car crash.       Okay.  Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. lady.,
judges: Wallace, Schroeder, Kozinski